UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

OSWALDO DAMIAN HERNANDEZ,

Petitioner,

v.                                          CAUSE NO. 3:26cv738 CCB-SJF

BRIAN ENGLISH, et al.,

Respondents.

## ORDER

Oswaldo Damian Hernandez, by counsel, asks the court to dismiss his habeas petition and close this case. ECF 14. Mr. Hernandez asserts he has been granted voluntary departure, and requests that the court close this case pursuant to Fed. R. Civ. P. 41(a)(2). *Id.* Mr. Hernandez's request will be granted.

For these reasons, the court **GRANTS** Mr. Hernandez's motion to dismiss (ECF 14), **DISMISSES** without prejudice Mr. Hernandez's petition for a writ of habeas corpus (ECF 1), and **DIRECTS** the clerk to close this case.

SO ORDERED on July 17, 2026.

*/s/Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT